BETTY M. TRACY, Appellant, v. VINCENT J. TRACY, Respondent.— Determination affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.; Martin, P. J., dissents and votes to reverse the determination of the Appellate Term and the judgment of the Municipal Court and grant a new trial. [See *post*, p. 965.]